UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

**Order Filed on June 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JESSICA L. LARNEY,

Debtor.

Case No. 16-22234

Judge: CMG

Chapter: 7

## CONSENT ORDER EXTENDING DEADLINES

The relief set forth on the following page is hereby **ORDERED**

**DATED: June 30, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Jessica L. Larney
Case No: 16-22234 (CMG)
Caption of Order: Consent Order Extending Deadlines

The first meeting of creditors, having been scheduled, and the Debtor by and through its attorneys, having requested that the matter be adjourned, and the Trustee having agreed to adjourn the matter, Debtor, by and through counsel, agree that the deadline by the Trustee or United States Trustee for filing a Complaint objecting to discharge pursuant to 11 U.S.C. Section 727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. Section 523, or filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. Sections 707(a) or 707(b), or for the filing of a motion objecting to exemptions, is extended to September 30, 2017.

_____
/s/Thomas J. Orr
Trustee

Dated: June 27, 2017

_____
/s/Daniel E. Straffi
Attorney for Debtor

Dated: June 27, 2017