UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

**Order Filed on June 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JESSICA L. LARNEY,

Debtor.

Case No. <u>16-22234</u>

Judge: <u>CMG</u>

Chapter: <u>7</u>

# CONSENT ORDER EXTENDING DEADLINES

The relief set forth on the following page is hereby **ORDERED**

**DATED: June 30, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Jessica L. Larney

Case No: 16-22234 (CMG)

Caption of Order: Consent Order Extending Deadlines

The first meeting of creditors, having been scheduled, and the Debtor by and through its attorneys, having requested that the matter be adjourned, and the Trustee having agreed to adjourn the matter, Debtor, by and through counsel, agree that the deadline by the Trustee or United States Trustee for filing a Complaint objecting to discharge pursuant to 11 U.S.C. Section 727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. Section 523, or filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. Sections 707(a) or 707(b), or for the filing of a motion objecting to exemptions, is extended to September 30, 2017.

_____

/s/Thomas J. Orr

Trustee

Dated: June 27, 2017

_____

/s/Daniel E. Straffi

Attorney for Debtor

Dated:  June 27, 2017

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-22234-CMG
Jessica L. Larney                                                       Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 05, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
db             +Jessica L. Larney,    1557 Dee Road,    Forked River, NJ 08731-3409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:
      Daniel E. Straffi    on behalf of Debtor Jessica L. Larney dstraffi1@comcast.net, G25938@notify.cincompass.com
      Denise E. Carlon    on behalf of Creditor   First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
      Steven J. Abelson    on behalf of Creditor Christopher  Larney sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
      Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
      Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                  TOTAL: 7