UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-22234 |
| LARNEY, JESSICA L. | Chapter: 7 |
| | Judge: CMG |

### NOTICE OF PROPOSED ABANDONMENT

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable <u>Christine M. Gravelle</u> on <u>September 12, 2017</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at:1557 DEE ROAD, FORKED RIVER, NJ
The debtor purchased the property in 2013 for $275,000. The property is under a contract of sale for $315,000 and is owned jointly with the debtor's spouse.

Liens on property: ROUNDPOINT MORTAGE - $254,630

Amount of equity claimed as exempt:

$15,682

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-22234-CMG
Jessica L. Larney                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Aug 07, 2017
                               Form ID: pdf905          Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
```
db              #+Jessica L. Larney,    1557 Dee Road,    Forked River, NJ 08731-3409
cr               +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                   Colorado Springs, CO 80962-2180
cr               +Christopher Larney,    c/o Steven J Abelson, Esq.,    PO Box 7005,    Freehold, NJ 07728-7005
516607206        +ACAR Leasing, LTD,    POB 183853,    Arlington, TX 76096-3853
516253589       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: Am Honda Fin,     201 Little Falls Dr,    Wilmington, DE 19808-1674)
516253591         Americredit/Gm Financial,     PO Box 183583,    Arlington, TX 76096-3583
516253593         Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
516253592         Amex,   Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
516253595         Cap1/bstby,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032
516253594         Cap1/bstby,    Capital,    1 Retail Services,    Salt Lake City, UT 84130
516709632         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516253596         Cb/vicscrt,    PO Box 182789,    Columbus, OH 43218-2789
516253597         Chase,   Attn: Correspondence Dept,     PO Box 15298,    Wilmington, DE 19850-5298
516253598         Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
516253599         Chase Card Services,    Attn: Correspondence,    PO Box 15298,    Wilmington, DE 19850-5298
516253600         Chase Mtg,    PO Box 24696,    Columbus, OH 43224-0696
516253601         #Christopher G. Larney,    17 Norwick Dr,    Forked River, NJ 08731-5635
516253602         Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
516253603         Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,     PO Box 790040,
                   Saint Louis, MO 63179-0040
516253605         Comenity Bank/Express,     PO Box 182789,    Columbus, OH 43218-2789
516253604         Comenity Bank/Express,     PO Box 18215,    Columbus, OH 43218
516253606         Comenity Bank/Mandees,     PO Box 182125,    Columbus, OH 43218-2125
516253607         Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,    Westerville, OH 43081-2873
516253608         Comenity Bank/Nwyrk&Co,    PO Box 18215,    Columbus, OH 43218
516253609         Comenity Bank/Victoria Secret,     PO Box 18215,    Columbus, OH 43218
516253612         Ellen Larney,    17 Norwick Dr,    Forked River, NJ 08731-5635
516253614       ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit,     PO Box 62180,
                   Colorado Springs, CO 80962-2180)
516253615         Ford Motor Credit Company,    PO Box 220564,    Pittsburgh, PA 15257-2564
516253616        +Frd Motor Cr,    PO Box BOX542000,    Omaha, NE 68154-8000
516253617         Furniturebar,    PO Box 94498,    Las Vegas, NV 89193-4498
516253618         Gm Financial,    PO Box 181145,    Arlington, TX 76096-1145
516253621         Mandees,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
516253623       ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                 (address filed with court: Nissan-Infiniti Lt,     2901 Kinwest Pkwy,    Irving, TX 75063-5816)
516253622         Nissan Motor Acceptance Corp/Infinity Lt,     NMAC/Attn: Bankruptcy,    PO Box 660360,
                   Dallas, TX 75266-0360
516253625         Pnc Bank Credit Card,    PO Box 5570,    Cleveland, OH 44101-0570
516253626         Pnc Bank, N.A.,    PO Box 3180,    Pittsburgh, PA 15230-3180
516253627         Prsm/cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
516253628         Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
516253635         Td Rcs/le Papillon,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
516761241         Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
516253636         Wffnb/Furniture Barn,    Wells Fargo Financial National Bank,    PO Box 10438,
                   Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2017 22:27:32      U.S. Attorney,    970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2017 22:27:29      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
516253590        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 07 2017 22:27:39      American Honda Finance,
                   PO Box 168088,    Irving, TX 75016-8088
516563929        E-mail/Text: mrdiscen@discover.com Aug 07 2017 22:26:50      Discover Bank,
                   Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516253610        E-mail/Text: mrdiscen@discover.com Aug 07 2017 22:26:50      Discover Fin Svcs LLC,
                   PO Box 15316,    Wilmington, DE 19850-5316
516253611        E-mail/Text: mrdiscen@discover.com Aug 07 2017 22:26:50      Discover Financial,
                   Attn: Bankruptcy,    PO Box 3025,   New Albany, OH 43054-3025
516253613        E-mail/Text: nculp@firstffcu.com Aug 07 2017 22:28:16      First Financial Fed Cu,
                   1372 Route 9,   Toms River, NJ 08755-4038
516253619        E-mail/Text: bnckohlsnotices@becket-lee.com Aug 07 2017 22:26:57      Kohls/Capital One,
                   PO Box 3120,    Milwaukee, WI 53201-3120
516253620       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 07 2017 22:26:57      Kohls/capone,
                   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516253624        E-mail/Text: shaak@oceanfirst.com Aug 07 2017 22:28:20      Oceanfirst Bank,    975 Hooper Ave,
                   Toms River, NJ 08753-8320
516253630        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2017 22:24:03      Syncb/Lowes Pc,    PO Box 965005,
                   Orlando, FL 32896-5005
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Aug 07, 2017
                              Form ID: pdf905          Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516253629         E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2017 22:24:03      Syncb/jcp,    PO Box 965007,
                   Orlando, FL   32896-5007.
516253631         E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2017 22:24:03      Syncb/toysrusdc,
                   Attn: Bankrupty,    PO Box 103104,    Roswell, GA   30076-9104.
516253632         E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2017 22:24:19      Syncb/toysrusdc,    PO Box 965005,
                   Orlando, FL   32896-5005.
516818717        +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2017 22:24:03      Synchrony Bank,
                   c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk VA 23541-1021.
516253633         E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2017 22:24:04      Synchrony Bank/ Jc Penneys,
                   PO Box 965064,    Orlando, FL   32896-5064.
516253634         E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2017 22:24:19      Synchrony Bank/Lowes Pc,
                   PO Box 965064,    Orlando, FL   32896-5064.
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516280949*        Ellen Larney,    17 Norwick Drive,    Forked River, NJ  08731-5635.
516601147*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Co., LLC,     POB 62180,
                   Colorado Springs, CO   80962-4400)
516598443*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,     Dept 55953,    P O Box 55000,
                   Detroit  MI, 48255-0953)
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2017 at the address(es) listed below:

```
              Daniel E. Straffi    on behalf of Debtor Jessica L. Larney dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Steven J. Abelson    on behalf of Creditor Christopher   Larney sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```