| **Information to identify the case:** | |
|---|---|
| Debtor 1    Jessica L. Larney <br>           First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7776 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)    First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | |
| Case number:    16–22234–CMG | |

# Order of Discharge 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jessica L. Larney

| | |
|---|---|
| <u>10/10/17</u> | **By the court:** <u>Christine M. Gravelle</u> <br>                     United States Bankruptcy Judge |

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-22234-CMG
Jessica L. Larney                                                                         Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Oct 10, 2017
                              Form ID: 318             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
```
db              #+Jessica L. Larney,    1557 Dee Road,    Forked River, NJ  08731-3409
cr               +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                   Colorado Springs, CO  80962-2180
cr               +Christopher Larney,    c/o Steven J Abelson, Esq.,    PO Box  7005,    Freehold, NJ  07728-7005
516607206       +ACAR Leasing, LTD,    POB 183853,    Arlington, TX  76096-3853
516253589      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX  75016-8088
                 (address filed with court:  Am Honda Fin,    201 Little Falls Dr,    Wilmington, DE  19808-1674)
516253595        Cap1/bstby,    50 NW Point Blvd,    Elk Grove Village, IL  60007-1032
516253594        Cap1/bstby,    Capital,    1 Retail Services,    Salt Lake City, UT  84130
516253600        Chase Mtg,    PO Box 24696,    Columbus, OH  43224-0696
516253601       #Christopher G. Larney,    17 Norwick Dr,    Forked River, NJ  08731-5635
516253603        Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    PO Box 790040,
                   Saint Louis, MO  63179-0040
516253612        Ellen Larney,    17 Norwick Dr,    Forked River, NJ  08731-5635
516253621        Mandees,    401 Hackensack Ave,    Hackensack, NJ  07601-6411
516253623      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX  75266-0366
                 (address filed with court:  Nissan-Infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX  75063-5816)
516253622        Nissan Motor Acceptance Corp/Infinity Lt,    NMAC/Attn: Bankruptcy,    PO Box 660360,
                   Dallas, TX  75266-0360
516253625        Pnc Bank Credit Card,    PO Box 5570,    Cleveland, OH  44101-0570
516253626        Pnc Bank, N.A.,    PO Box 3180,    Pittsburgh, PA  15230-3180
516253627        Prsm/cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
516253628        Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC  28217-1918
516253635        Td Rcs/le Papillon,    1000 Macarthur Blvd,    Mahwah, NJ  07430-2035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr               +EDI: QTJORR.COM Oct 10 2017 22:38:00      Thomas Orr,    Law Office of Thomas J. Orr,
                   321 High Street,    Burlington, NJ 08016-4411
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2017 23:06:29      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2017 23:06:24      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ  07102-5235
516253590        EDI: HNDA.COM Oct 10 2017 22:43:00      American Honda Finance,    PO Box 168088,
                   Irving, TX  75016-8088
516253591        EDI: PHINAMERI.COM Oct 10 2017 22:38:00      Americredit/Gm Financial,    PO Box 183583,
                   Arlington, TX  76096-3583
516253592        EDI: AMEREXPR.COM Oct 10 2017 22:38:00      Amex,    Correspondence,    PO Box 981540,
                   El Paso, TX  79998-1540
516253593        EDI: AMEREXPR.COM Oct 10 2017 22:38:00      Amex,    PO Box 297871,
                   Fort Lauderdale, FL  33329-7871
516709632        EDI: BL-BECKET.COM Oct 10 2017 22:43:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                   PO Box 3001,    Malvern PA 19355-0701
516253596        EDI: WFNNB.COM Oct 10 2017 22:38:00      Cb/vicscrt,    PO Box 182789,    Columbus, OH  43218-2789
516253597        EDI: CHASE.COM Oct 10 2017 22:43:00      Chase,    Attn: Correspondence Dept,    PO Box 15298,
                   Wilmington, DE  19850-5298
516253598        EDI: CHASE.COM Oct 10 2017 22:43:00      Chase Card,    PO Box 15298,
                   Wilmington, DE  19850-5298
516253599        EDI: CHASE.COM Oct 10 2017 22:43:00      Chase Card Services,    Attn: Correspondence,
                   PO Box 15298,    Wilmington, DE  19850-5298
516253602        EDI: CITICORP.COM Oct 10 2017 22:38:00      Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
516253605        EDI: WFNNB.COM Oct 10 2017 22:38:00      Comenity Bank/Express,    PO Box 182789,
                   Columbus, OH  43218-2789
516253604        EDI: WFNNB.COM Oct 10 2017 22:38:00      Comenity Bank/Express,    PO Box 18215,
                   Columbus, OH  43218
516253606        EDI: WFNNB.COM Oct 10 2017 22:38:00      Comenity Bank/Mandees,    PO Box 182125,
                   Columbus, OH  43218-2125
516253608        EDI: WFNNB.COM Oct 10 2017 22:38:00      Comenity Bank/Nwyrk&Co,    PO Box 18215,
                   Columbus, OH  43218
516253607        EDI: WFNNB.COM Oct 10 2017 22:38:00      Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,
                   Westerville, OH  43081-2873
516253609        EDI: WFNNB.COM Oct 10 2017 22:38:00      Comenity Bank/Victoria Secret,    PO Box 18215,
                   Columbus, OH  43218
516563929        EDI: DISCOVER.COM Oct 10 2017 22:38:00      Discover Bank,    Discover Products Inc,
                   PO Box 3025,    New Albany, OH  43054-3025
516253610        EDI: DISCOVER.COM Oct 10 2017 22:38:00      Discover Fin Svcs LLC,    PO Box 15316,
                   Wilmington, DE  19850-5316
516253611        EDI: DISCOVER.COM Oct 10 2017 22:38:00      Discover Financial,    Attn: Bankruptcy,
                   PO Box 3025,    New Albany, OH  43054-3025
516253614        EDI: FORD.COM Oct 10 2017 22:43:00      Ford Motor Credit,    PO Box 62180,
                   Colorado Springs, CO  80962-2180
516598443        EDI: FORD.COM Oct 10 2017 22:43:00      Ford Motor Credit Company LLC,    Dept 55953,
                   P O Box 55000,    Detroit  MI,  48255-0953
516253613        E-mail/Text: nculp@firstffcu.com Oct 10 2017 23:07:17      First Financial Fed Cu,
                   1372 Route 9,    Toms River, NJ  08755-4038
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Oct 10, 2017
                              Form ID: 318             Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516253615      EDI: FORD.COM Oct 10 2017 22:43:00      Ford Motor Credit Company,    PO Box 220564,
               Pittsburgh, PA  15257-2564
516253616     +EDI: FORD.COM Oct 10 2017 22:43:00      Frd Motor Cr,    PO Box BOX542000,   Omaha, NE 68154-8000
516253617      EDI: WFFC.COM Oct 10 2017 22:43:00      Furniturebar,    PO Box 94498,
               Las Vegas, NV  89193-4498
516253618      EDI: PHINAMERI.COM Oct 10 2017 22:38:00       Gm Financial,    PO Box 181145,
               Arlington, TX  76096-1145
516253619      EDI: CBSKOHLS.COM Oct 10 2017 22:38:00        Kohls/Capital One,    PO Box 3120,
               Milwaukee, WI  53201-3120
516253620     +EDI: CBSKOHLS.COM Oct 10 2017 22:38:00        Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
516253624      E-mail/Text: shaak@oceanfirst.com Oct 10 2017 23:07:21        Oceanfirst Bank,    975 Hooper Ave,
               Toms River, NJ  08753-8320
516253630      EDI: RMSC.COM Oct 10 2017 22:38:00      Syncb/Lowes Pc,    PO Box 965005,
               Orlando, FL  32896-5005
516253629      EDI: RMSC.COM Oct 10 2017 22:38:00      Syncb/jcp,    PO Box 965007,   Orlando, FL 32896-5007
516253631      EDI: RMSC.COM Oct 10 2017 22:38:00      Syncb/toysrusdc,    Attn: Bankrupty,    PO Box 103104,
               Roswell, GA  30076-9104
516253632      EDI: RMSC.COM Oct 10 2017 22:38:00      Syncb/toysrusdc,    PO Box 965005,
               Orlando, FL  32896-5005
516818717     +EDI: RMSC.COM Oct 10 2017 22:38:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
516253633      EDI: RMSC.COM Oct 10 2017 22:38:00      Synchrony Bank/ Jc Penneys,    PO Box 965064,
               Orlando, FL  32896-5064
516253634      EDI: RMSC.COM Oct 10 2017 22:38:00      Synchrony Bank/Lowes Pc,    PO Box 965064,
               Orlando, FL  32896-5064
516761241      EDI: WFFC.COM Oct 10 2017 22:43:00      Wells Fargo Bank, N.A.,    PO Box 10438,
               Des Moines,  IA    50306-0438
516253636      EDI: WFFC.COM Oct 10 2017 22:43:00      Wffnb/Furniture Barn,
               Wells Fargo Financial National Bank,    PO Box 10438,   Des Moines, IA  50306-0438
                                                                                               TOTAL: 41

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Thomas Orr,    Law Office of Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
516280949*      Ellen Larney,    17 Norwick Drive,    Forked River, NJ 08731-5635
516601147*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:   Ford Motor Credit Co., LLC,     POB 62180,
                Colorado Springs, CO  80962-4400)
                                                                                          TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
              Daniel E. Straffi    on behalf of Debtor Jessica L. Larney dstraffi1@comcast.net,
               G25938@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
```

```
District/off: 0312-3           User: admin              Page 3 of 3              Date Rcvd: Oct 10, 2017
                               Form ID: 318             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Steven J. Abelson    on behalf of Creditor Christopher  Larney sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
          Thomas  Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
          Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                              TOTAL: 7